■ EDWARD WERNER, an Infant, by ANITA WERNER, His Mother, et al., Appellants, v MPM PROPERTY MANAGEMENT CORPORATION et al., Respondents. [627 NYS2d 602] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Calvaruso, J. (Appeal from Order of Supreme Court, Monroe County, Calvaruso, J.—Discovery.) Present— Green, J. P., Fallon, Callahan, Doerr and Davis, JJ.